# IN THE SUPREME COURT OF TEXAS

No. 17-0198

WASSON INTERESTS, LTD., PETITIONER,

v.

CITY OF JACKSONVILLE, TEXAS, RESPONDENT

ON PETITION FOR REVIEW FROM THE
COURT OF APPEALS FOR THE TWELFTH DISTRICT OF TEXAS

**FILED**
**10/5/2018**
**Twelfth Court of Appeals**
**Katrina McClenny**
**Clerk**

## JUDGMENT

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Twelfth District, and having considered the appellate record, counsels' briefs, and counsels' arguments, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED that:

1)   The judgment of the court of appeals is reversed;

2)   The cause is remanded to the court of appeals for further proceedings consistent with this Court's opinion; and

3)   Petitioner shall recover, and Respondent shall pay, the costs incurred in this Court.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the Twelfth District and to the 2nd Judicial District Court of Cherokee County, Texas, for observance.

Opinion of the Court delivered by Justice Jeffrey S. Boyd

October 5, 2018

\*\*\*\*\*\*\*\*\*\*